**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**THOSE CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S, LONDON SUBSCRIBING TO
CERTIFICATE NO. NAZ/4908/002**          **PLAINTIFFS**

V.          **CASE NO. 3:10-CV-00109-BSM**

**OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY; GREENE
COUNTY ABSTRACT & TITLE COMPANY, LLC;
MARY WILLIAMS; BLAKE WILLIAMS;
BLAMAR INVESTMENTS, LLC;
WILLIAMS IRRIGATION SERVICES, LLC; and
PRECISION TITLE SERVICES, LLC**          **DEFENDANTS**

## JUDGMENT ON DEFAULT

Plaintiff's motion for default judgment is granted. [Doc. No. 12]. Plaintiffs filed their complaint for declaratory relief on May 18, 2010. [Doc. No. 1]. All defendants except for Old Republic were served on June 3, 2010. [Doc. Nos. 2-7]. Old Republic was served on June 9, 2010. [Doc. No. 8]. Defendants failed to file a timely response pursuant to Rule 12 of the Federal Rules of Civil Procedure. Accordingly, the clerk entered default in plaintiffs' favor on August 9, 2010. [Doc. Nos. 10 and 11].

Based on the pleadings of record, the plaintiffs are entitled to default judgment in pursuant to Rule 55 of the Federal Rules of Civil Procedure. As such:

(1) Plaintiffs do not have a duty to defend or indemnify any of the defendants in the case styled *Old Republic v. Greene, et al.* in the United States District Court for the

Eastern District of Arkansas, Jonesboro Division, Case No. 09-CV-00102, or any other lawsuit filed in connection with the incident alleged herein; and

(2) Plaintiffs are under no obligation to satisfy any judgment entered against any defendant in *Old Republic v. Greene, et al* or any other lawsuit filed in connection with the incidents alleged herein.

IT IS SO ORDERED this 14th day of September, 2010

_____
UNITED STATES DISTRICT JUDGE